UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:11-cr-137-T-30AEP

HENSON CHUA

**PRELIMINARY ORDER OF FORFEITURE FOR
SPECIFIC PROPERTY AND FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for entry of a Preliminary Order of Forfeiture (Doc. 33), pursuant to 22 U.S.C. § 401, 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(2), which, upon entry, shall become a final order of forfeiture as to defendant Henson Chua's right, title, and interest in the following:

    a. One Sony Vaio Laptop Computer, serial number 28273873-7002687; and

    b. One Nokia E90 Phone.

The United States further moved this Court, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2), to enter a forfeiture money judgment in the amount of $13,000.00 representing proceeds the defendant received as a result of the offense charged in Count One, which, upon entry, shall become a final order of forfeiture as to defendant Henson Chua.

Being fully advised in the premises, the Court hereby finds that the United States has established the requisite nexus between the temporary importation of

a defense article without authorization, in violation of 22 U.S.C. § 2778(b)(2) & (c), charged in Count One of the Indictment and the computer and phone identified above.

The Court further finds that the United States has established that the defendant obtained at least $13,000.00 in proceeds as a result of the sale of the illegally imported defense article alleged in Count One of the Indictment.

The Court further finds that the United States received a cashier's check from the defendant in the amount of $13,000.00 in full satisfaction of his money judgment. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 33) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 22 U.S.C. § 401, 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant Henson Chua in the computer and phone identified above, is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2), defendant Henson Chua is liable for a forfeiture money judgment in the amount of $13,000.00, which represents the proceeds obtained by the defendant as a result of the sale of the illegally imported defense article, charged in Count One of the Indictment.

It is FURTHER ORDERED that the United States shall give the defendant credit towards his money judgment for the $13,000.00 payment and shall file a Notice of Satisfaction of the Forfeiture Money Judgment with this Court as soon as practicable after the Forfeiture Money Judgment is entered.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the specific property and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on August 30, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-137.prelim for 33.wpd